IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | |
|---|---|
| LEVI PITTENGER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 22-cv-2511 |
| TELLWORKS COMMUNICATIONS, LLC, | ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff Levi Pittenger, by and through his attorneys of record Arthur E. Rhodes and Richard James of DeVaughn James Injury Lawyers state and allege the following against Defendant:

### A. PARTIES

1. Plaintiff is a resident and citizen of Elkins, Arkansas.

2. Defendant Tellworks Communications, LLC is headquartered in Georgia and may be served through its resident agent Jared Krumper, 3400 Peachtree Road, NE, Suite 800, Atlanta, GA 30326. Tellworks Communications, LLC was organized under the laws of the State of Georgia and has its principal place of business in Georgia. Upon information and belief, the members of Tellworks Communications, LLC are all citizens of Georgia, as they are all domiciled in Georgia. Jared Krumper, who is the managing member of Tellworks Communications, LLC, is a citizen of the State of Georgia, as he is domiciled in Georgia.

EXHIBIT A

## B. JURISDICTION AND VENUE

3. This Court has jurisdiction over the parties and subject matter.

4. Venue is proper in the Kansas City division of the Kansas District Court of the Federal District Court.

5. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

## C. NATURE OF ACTION

6. This is a personal injury action arising out of an incident (the "Injury Incident") that occurred on September 8, 2022, during a work project when a cable spool fell off a forklift which is owned by Defendant, Tellworks Communications, LLC ("Tellworks"), and fell on Plaintiff while he was a contract worker on Tellworks' property in Olathe, Kansas.

7. Defendant is liable for the negligence of their officers, employees and/or agents under the legal doctrines of vicarious liability and respondeat superior.

## D. CAUSE OF ACTION – NEGLIGENCE

8. All allegations asserted above are incorporated herein as if stated anew.

9. At the time of the Injury Incident, Plaintiff worked for NWA Tower Services LLC, which had been hired by SBA Network Services, LLC to work on this project.

10. Tellworks had a duty to operate safely and take precautions to protect workers in the general vicinity from being injured, but breached their duty as set forth directly below.

11. When the Injury Incident occurred, Plaintiff was assisting the Tellworks employees who carelessly loaded the cable spool onto the forklift, failed to secure it properly, and operated the forklift without taking precautions to protect workers in the area.

12. As a result of Defendant's negligence, Plaintiff sustained severe personal injuries including serious bodily injury, past and future medical expenses, lost wages, and has incurred past and future non-economic damages such as pain and suffering and mental anguish.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), for costs herein, and for such other and further relief as the Court deems just and equitable.

/s/ Arthur E. Rhodes
Arthur E. Rhodes, #17661
Richard W. James, #19822
DeVaughn James Injury Lawyers
3241 N Toben St.
Wichita, KS 67226
[P] (316) 977-9999
[F] (316) 425-0414
arhodes@devaughnjames.com
rjames@devaughnjames.com
*Attorney for Plaintiffs*

## DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL

COMES NOW the Plaintiff and demands a pretrial conference and trial by a jury in this matter.

/s/ Arthur E. Rhodes
Arthur E. Rhodes, #17661
Attorneys for Plaintiff

## DESIGNATION FOR PLACE OF TRIAL

COMES NOW the Plaintiff and designates Kansas City, Kansas as the place for trial of this matter.

/s/ Arthur E. Rhodes
Arthur E. Rhodes, #17661
Attorneys for Plaintiff